# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-11600

United States Court of Appeals
Fifth Circuit

**FILED**

July 31, 2017

Lyle W. Cayce
Clerk

ANTHONY C. KENNEY,

Plaintiff-Appellant

v.

SEDGWICK CLAIMS MANAGEMENT NATIONAL; BROOKSHIRE FOODMART; BRAD BROOKSHIRES, Owner,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-821

Before JOLLY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Anthony C. Kenney filed a notice of appeal after the magistrate judge recommended dismissing Kenney's in forma pauperis complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). Our jurisdiction does not extend to the magistrate judge's non-final decision. *See United States v. Cooper*, 135 F.3d 960, 961-63 (5th Cir. 1998). Accordingly, the appeal is DISMISSED, and Kenney's motion for leave to proceed in forma pauperis on appeal is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.